UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SERGIO PLASCENCIA-CRUZ,

    Defendant.
_____/

HON. R. ALLAN EDGAR

Case No. 2:11-cr-11

**ORDER**

On June 6, 2011, defendant appeared before the undersigned for arraignment on an indictment alleging two counts of Conspiracy to Manufacture Marijuana. At that time, the court was informed that the defendant is currently in the custody of the Bureau of Prisons and not eligible for release. Accordingly, IT IS HEREBY ORDERED that the defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

Date: June 30, 2011

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge